**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-40939

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

KELLY LEWIS MARTIN,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Texas
(6:98-CR-72)

June 13, 2000

Before DAVIS, DUHÉ and DENNIS, Circuit Judges.

PER CURIAM:[*]

After considering the briefs and the argument of counsel, we are persuaded that the district court committed no reversible error.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.